# United States District Court
## For The Western District of North Carolina
## Statesville Division

WILLIAM R. WALKER,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          CASE NO. 5:05CV211

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 11, 2006, Order.

                                            Signed: April 12, 2006

*(signature)*

Frank G. Johns, Clerk
United States District Court